# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAY JENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 2:18-cv-00268-JAD-VCF<br>**ORDER** |

  Before the Court is the Bitsko's Motion for Extension of Time to Answer (ECF No. 4). Bitsko's response to the complaint was due on February 20, 2018. Federal Defendant United States of America moves for an order providing the United States with a sixty-day extension of time, from February 20, 2018 to April 20, 2018. *Id.*

  On February 26, 2018, the United States filed a Motion to Dismiss. (ECF No. 6). On March 2, 2018, the Court granted the Bitsko's Motion to Substitute Party. (ECF No. 7). John Bitsko was dismissed from this action and the United States of America substituted in as sole defendant.

  Accordingly,

  IT IS HEREBY ORDERED that the Motion for Extension of Time to Answer (ECF No. 4) is GRANTED.

  DATED this 7th day of March, 2018.

                             _____
                             CAM FERENBACH
                             UNITED STATES MAGISTRATE JUDGE